| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124 |
| | FAX: (415) 436-7169 |
| 7 | |
| | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MUHAMMAD AMER, | ) | |
| | ) | No. C 06-7766 SC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO CONTINUE THE** |
| ALBERTO GONZALES, Attorney General, | ) | **DATE OF THE CASE MANAGEMENT** |
| MICHAEL CHERTOFF, Secretary of the | ) | **CONFERENCE; and [PROPOSED]** |
| Dept. of Homeland Security; | ) | **ORDER** |
| EDUARDO AGUIRRE, Director, | ) | |
| U.S. Citizenhip and Immigration Services; | ) | |
| DAVID STILL, San Francisco | ) | |
| District Director, U.S. Citizenship and | ) | |
| Immigration Services; and | ) | CMC Date: April 20, 2007 |
| ROBERT S. MULLER, Director of the | ) | Time: 1:30 p.m. |
| Federal Bureau of Investigation, | ) | Courtroom: 2, 5th floor |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to extend the date of the case management conference, currently scheduled for April 20, 2007, to the date of the hearing on Defendants' Motion for Remand, which will be noticed for June 8, 2007, based on the following:

   (1)  The plaintiff filed a mandamus action on December 19, 2006, seeking an order from this Court directing the United States Citizenship and Immigration Services ("USCIS") to adjudicate his naturalization application.

Stipulation to Continue Initial Case Management Conference
C06-7766 SC                                        1

1  (2) The defendants will file a motion to remand plaintiff's action on April 27, 2007, and the plaintiff will file his opposition on May 11, 2007. The hearing on defendants' motion to dismiss will be noticed for June 8, 2007, at ~~9:00 a.m.~~   10:00 A.M.

(3) The parties ask this Court to continue the initial case management conference in this case, which is currently scheduled for April 20, 2007, to the same date of Defendants' motion to remand, June 8, 2007.

Dated: April 19, 2007            Respectfully submitted,

                                 SCOTT N. SCHOOLS
                                 United States Attorney


                                 _____/s/_____
                                 ILA C. DEISS
                                 Assistant United States Attorney
                                 Attorneys for Defendants


Dated: April 18, 2007            _____/s/_____
                                 LAMAR PECKHAM
                                 Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:    4/20/07
                                 _____
                                 SAMUEL CONTI
                                 United States District Judge

*[Court seal: IT IS SO ORDERED, Judge Samuel Conti, United States District Court, Northern District of California]*

Stipulation to Continue Initial Case Management Conference
C06-7766 SC                                  2