1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12 MUHAMMAD AMER,                        )
                                         )   No. C 06-7766 SC
13                Plaintiff,             )
                                         )
14         v.                            )
                                         )   **STIPULATION TO DISMISS; AND**
15 ALBERTO GONZALES, Attorney General,   )   [PROPOSED] **ORDER**
   MICHAEL CHERTOFF, Secretary of the    )
16 Dept. of Homeland Security;           )
   EDUARDO AGUIRRE, Director,            )
17 U.S. Citizenhip and Immigration Services; )
   DAVID STILL, San Francisco            )
18 District Director, U.S. Citizenship and )
   Immigration Services; and             )
19 ROBERT S. MEULLER, Director of the    )
   Federal Bureau of Investigation,      )
20                                       )
                  Defendants.            )
21 _____ )

22

23 ///

24 ///

25 ///

26 ///

27

28

Stipulation to Dismiss
C06-7766 SC                                   1

1      Plaintiff, by and though his attorney of record, and Defendants, by and through their
2 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the
3 above-entitled action in light of the fact that the United States Citizenship and Immigration
4 Services has granted Plaintiff's application for naturalization and has issued an oath ceremony
5 notice to Plaintiff.
6      Each of the parties shall bear their own costs and fees.

7

8 Date: July 5, 2007                        Respectfully submitted,

9                                        SCOTT N. SCHOOLS
                                       United States Attorney
10

11
                                                    /s/
12                                        ILA C. DEISS
                                       Assistant United States Attorney
13                                        Attorneys for Defendants

14

15
                                                    /s/
16 Date: July 5, 2007                        LAMAR PECKHAM
                                       Attorney for Plaintiff
17

18

19

20                                        **ORDER**

21      Pursuant to stipulation, IT IS SO ORDERED.

22

23
Date:    7/11/07
24 

25

26

27

28

Stipulation to Dismiss
C06-7766 SC                                        2